IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BETTY HADDOCK | ) | |
| | ) | |
| v. | ) | NO. 3:13-0027 |
| | ) | |
| WAL-MART STORES EAST, LP[1] | ) | |

**O R D E R**

In accordance with the contemporaneously entered Memorandum, the Motion for Summary Judgment (Docket Entry No. 20) filed by Defendant Wal-Mart Stores East, LP, is GRANTED and this action is DISMISSED WITH PREJUDICE.

The July 11, 2014, pretrial conference and the July 29, 2014, trial are CANCELLED.

The entry of this Order shall constitute the final judgment in this case.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By Order entered February 19, 2013 (Docket Entry No. 10), Wal-Mart Stores, Inc., was terminated as the Defendant and Wal-Mart Stores East, LP, was substituted as the sole Defendant.